UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVINASH AVULA,<br><br>            Plaintiff,<br><br>     v.<br><br>METHODE ELECTRONICS, INC.,<br><br>            Defendant. | Case No. 24-cv-06819-SK<br><br>**ORDER GRANTING STIPULATION FOR REMAND**<br><br>Regarding Docket No. 6 |

On August 28, 2024, Plaintiff Avinash Avula ("Plaintiff") filed an action in the Superior Court of the County of San Mateo – *Avinash Avula v. Methode Electronics, Inc.,* Case No. 24-CIV-05348 (the "Lawsuit"). Defendant Methode Electronics, Inc. ("Methode") removed the Lawsuit to this Court. Plaintiff then provided a declaration to Methode explaining that Plaintiff is not a citizen of California. Based on that declaration, the parties stipulated to remand this Lawsuit back to state court. The Court HEREBY GRANTS the parties' stipulation and REMANDS this action to the Superior Court of California, County of San Mateo.

**IT IS SO ORDERED**.

Dated: October 8, 2024

_____
SALLIE KIM
United States Magistrate Judge